# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133215
133216
133217
133218

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JUDY A. LONG, Personal
Representative of the Estate
of James E. Long, Deceased,
         Plaintiff-Appellee,

v

DR. FOLAYAN GOODSON,
HENRY FORD MEDICAL CENTER,
and HENRY FORD HEALTH
SYSTEM,
         Defendants-Appellants,

and

BOTSFORD GENERAL HOSPITAL,
DANIEL L. RICHARDSON, D.O.,
DR. PENNINGTON, ROBERT
BRECKENFELD, D.O., DR. ANDREW
HANS RIKKERS, DR. MAUREEN
NELSON, DR. JENNINGS, SANFORD
SKLAR, and EARL T. HECKER, D.O.
         Defendants-Appellees.

SC: 133215-133218
COA: 261049-261052
Wayne CC: 03-330994-NH

_____/

On order of the Court, the application for leave to appeal the April 18, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St Joseph Mercy Hosp* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

l0521